

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SLR:JHK

*610 Federal Plaza*
*Central Islip, New York 11722*

September 26, 2017

**FILED UNDER SEAL**

Honorable Leonard D. Wexler
United States District Judge
Eastern District of New York
Long Island Federal Courthouse
Central Islip, New York 11722

    Re:    Culiver et al. v. United States of America, et al.
               Civil Action No. 17 CV 3514  (Wexler, J.) (Locke, M.J.)

Dear Judge Wexler:

      This Office represents Defendants in the above action.  The parties jointly submit this letter to request that the Court extend until November 3, 2017 Defendants' time to answer or file a motion to dismiss the amended complaint filed by Plaintiffs Connor Culiver, David Burkhardt, Michael Heckmuller, Gavin Yingling and Cory Maier pursuant to Fed. R. Civ. P. 12.  The reason for this application is that the parties require additional time to complete Plaintiffs administrative hearings.

                              Respectfully submitted,

                              BRIDGET M. ROHDE
                              Acting United States Attorney

               By:    s/ JAMES H. KNAPP
                       James H. Knapp
                       Assistant United States Attorney
                       (631) 715-7879

cc:    Michael D. Cassell, Esq.
       Shaun K. Hogan, Esq.
       Counsel for Plaintiffs