SLR:JHK
F.#2016V01708

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

TIMOTHY HUGHES,

                Plaintiff,

    -against-

UNITED STATES OF AMERCA,
UNITED STATES DEPARTMENT OF
TRANSPORTATION, UNITED STATES
MERCHANT MARINE ACADEMY,
JAMES HELIS, and JOHN DOES 1-10,

                Defendants.

-----------------------------------------------------------X

**STIPULATION AND ORDER
OF DISMISSAL WITH PREJUDICE**

Civil Action No.
17 CV 3514 (L)
17 CV 3639 (C)

(Wexler, J.)
(Brown, M.J.)

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(2), by and between the parties hereto, by and through their respective undersigned attorneys, that this action be dismissed with prejudice and without costs, attorneys' fees, expenses or

[Left Blank Intentionally]

Case 2:17-cv-03514-JS-SIL  Document 55  Filed 11/16/17  Page 2 of 2 PageID #: 590
Case 2:17-cv-03639-LDW-GRB  Document 18  Filed 11/15/17  Page 2 of 2 PageID #: 76

2

disbursements to any party.

Dated: Buffalo, New York
November 14, 2017

                            Tully Rinckey PLLC
                            *Attorneys for Plaintiff Timothy Hughes*
                            5488 Sheridan Drive, Suite 500
                            Buffalo, New York 14221

By:    s/ ERICK D. KRAEMER, ESQ.
         Erick D. Kraemer, Esq.
         (518) 640-1253

Dated: Central Islip, New York
November 15, 2017

                            BRIDGET M. ROHDE
                            Acting United States Attorney
                            Eastern District of New York
                            Attorney for Defendants
                            610 Federal Plaza, 5th Floor
                            Central Islip, New York 11722

By:    s/ JAMES H. KNAPP, AUSA
         JAMES H. KNAPP
         Assistant United States Attorney
         (631) 715-7879

**SO ORDERED:**

*Plaintiff Timothy Hughes is terminated from the lead case, 17 CV 3514. That case remains open.*

Dated: Central Islip, New York
November 16, 2017

s/ Leonard D. Wexler,
U.S.D.J.

_____
HONORABLE LEONARD D. WEXLER
United States District Judge