AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York ▼

| | |
|---|---|
| CONNER CULVER, ET AL, <br> *Plaintiff* <br> v. <br> UNITED STATES OF AMERICA, ET AL. <br> *Defendant* | ) <br> ) <br> ) Case No.  17 CV 3514 (JS)(SIL) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

"JOHN DOE," A FICTITIOUS NAME

Date:  04/12/2018

*Attorney's signature*

THOMAS M. GRASSO (TG3737)
*Printed name and bar number*

LAW OFFICES OF THOMAS M GRASSO LLC
8 WILLOW ST
CRANFORD NJ 07016

*Address*

TOM@TMGRASSOLAW.COM
*E-mail address*

(908) 514-8850
*Telephone number*

(908) 325-6187
*FAX number*