SLR:JHK
F.#2016V01708

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| CONNOR CULIVER, DAVID BURKHARDT, MICHAEL HECKMULLER, GAVIN YINGLING, and CORY MAIER,<br><br>    Plaintiffs,<br><br>    -against-<br><br>UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF TRANSPORTATION, UNITED STATES MERCHANT MARINE ACADEMY, JAMES HELIS, and JOHN DOES 1-10,<br><br>    Defendants. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**<br><br>Civil Action No.<br>17 CV 3514(L)<br><br>(Seybert, J.)<br>(Brown, M.J.) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

IT IS HEREBY STIPULATED AND AGREED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

by and between the parties hereto, by and through their respective undersigned attorneys, that this

action be dismissed without prejudice and without costs, attorneys' fees, expenses or

[Left Blank Intentionally]

disbursements to any party.

Dated: Jericho, New York
　　　　April 13, 2018

　　　　　　　　　　　　　　　　　　　Hogan & Cassell, LLP
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*
　　　　　　　　　　　　　　　　　　　500 North Broadway, Suite 153
　　　　　　　　　　　　　　　　　　　Jericho, New York 11753


　　　　　　　　　　　　　　　　By:　 s/ Michael D. Cassell, Esq.
　　　　　　　　　　　　　　　　　　　Michael D. Cassell, Esq.
　　　　　　　　　　　　　　　　　　　Shaun K. Hogan, Esq.
　　　　　　　　　　　　　　　　　　　(516) 942-4700

Dated: Central Islip, New York
　　　　April 13, 2018

　　　　　　　　　　　　　　　　　　　RICHARD P. DONOGHUE
　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　Eastern District of New York
　　　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　　　610 Federal Plaza, 5th Floor
　　　　　　　　　　　　　　　　　　　Central Islip, New York 11722


　　　　　　　　　　　　　　　　By:　 s/ James H. Knapp, AUSA
　　　　　　　　　　　　　　　　　　　JAMES H. KNAPP
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　(631) 715-7879